IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACQUELYN DAVIS, as Administrator of the Estate of Judy Darlene Davis, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.  3:12-cv-333-WHA ) (WO) |
| PINEOAK PRODUCTS, INC, et al, | ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the unopposed Motion to Opt Out (Doc. # 15) filed by Defendant, Access Insurance Company, the court hereby

GRANTS the Motion and thus allows the Defendant to opt out of participating in the present litigation with the understanding that the Defendant will be bound by any judgment entered by this court.

DONE this 31st day of July, 2012.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE